IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. GARCIA MONTOYA, et al.,

    Plaintiffs,    No. CIV S-07-2475 FCD JFM P

    vs.

MANUEL LUIZ RAMIREZ,

    Defendant.    <u>ORDER</u>

_____/

    Plaintiffs, state prisoners proceeding pro se, have filed a civil rights action pursuant to 42 U.S.C. § 1983. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

    The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

    In this case, the claim arose in San Diego County, which is in the Southern District of California. Therefore, plaintiffs' claim should have been filed in the United States

1

1  District Court for the Southern District of California.  In the interest of justice, a federal court
2  may transfer a complaint filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C.
3  § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).
4        Accordingly, IT IS HEREBY ORDERED that:
5        1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and
6        2.  This matter is transferred to the United States District Court for the Southern
7  District of California.
8  DATED:  November 28, 2007.

                        _____
                        UNITED STATES MAGISTRATE JUDGE

/mp;001
mont2475.21